The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION,<br><br>                Defendant. | No. C08-00361-RAJ<br><br>DECLARATION OF KARL J. QUACKENBUSH IN SUPPORT OF DEFENDANT VALVE CORPORATION'S MOTION FOR A MORE DEFINITE DISCLOSURE OF PLAINTIFF CRS LLC'S ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS<br><br>Noted for Consideration:<br>January 23, 2009 |

I, Karl J. Quackenbush, declare as follows:

1. I am a principal at Riddell Williams P.S. I am counsel of record for Defendant Valve Corporation ("Valve") in this matter. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge.

2. A true and correct copy of excerpts of Valve's First Set of Interrogatories; and Plaintiff CRS, LLC's Objections and Answers Thereto is attached as Exhibit A at 4-6.

3. A true and correct copy of CRS's Disclosure of Asserted Claims is attached as Exhibit B at 7-33.

4. A true and correct copy of my November 18, 2008 letter to CRS is attached as Exhibit C at 34-37.

DECL. OF K. QUACKENBUSH IN SUPP. OF VALVE'S MTN. FOR A MORE DEFINITE STMNT OF INFRINGEMENT CONTENTIONS - 1
Case No. C08-00361-RAJ

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

5. A true and correct copy of Robert Rohde's December 4, 2008 letter to me is attached as Exhibit D at 38-41.

6. A true and correct copy of CRS's Amended Disclosure of Asserted Claims is attached as Exhibit E at 42-69.

7. Jayson Sowers and I met and conferred with CRS's counsel regarding CRS's deficient disclosures of asserted claims and infringement contentions and CRS's failure to answer Valve's Interrogatory No. 4 on December 5, 2008.

8. A true and correct copy of Jayson Sowers' December 10, 2008 letter to Robert Rohde is attached as Exhibit F at 70-73.

9. Valve served its Preliminary Non-Infringement and Invalidity Contentions on December 1, 2008.

10. A true and correct copy of Judge Robert S. Lasnik's March 10, 2008 Order Granting Motion for a More Definite Statement of Preliminary Infringement Contentions entered in <u>Gebr Tigges GMBH & Co. KG, v. EYS Metal Sanayi Ve Ticaret Ltd. STI.</u>, Case No. C07-1673RSL (W.D. Wash.) is attached as Exhibit G at 74-79.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 8th day of January, 2009 at Seattle, Washington.

<u>/s/Karl J. Quackenbush</u>
Karl J. Quackenbush, WSBA # 9602
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
kquackenbush@riddellwilliams.com

Attorneys for Defendant
VALVE CORPORATION

DECL. OF K. QUACKENBUSH IN SUPP. OF VALVE'S MTN. FOR A MORE DEFINITE STMNT OF INFRINGEMENT CONTENTIONS - 2
Case No. C08-00361-RAJ

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2009, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Rohde

Nathan Paine

/s/Karl J. Quackenbush
Karl J. Quackenbush, WSBA # 9602
Jayson W. Sowers, WSBA # 27618
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
Email: kquackenbush@riddellwilliams.com
Email: jsowers@riddellwilliams.com

Reynaldo C. Barcelo (*admitted pro hac vice*)
BARCELO & HARRISON, LLP
2901 West Coast Highway
Suite 200
Newport Beach, CA 92663
Tel: (949) 340-9736
Email: rey@bhiplaw.com

Attorneys for Defendant
VALVE CORPORATION

DECL. OF K. QUACKENBUSH IN SUPP. OF VALVE'S MTN. FOR A MORE DEFINITE STMNT OF INFRINGEMENT CONTENTIONS - 3
Case No. C08-00361-RAJ

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600